UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-80097-CIV-MARRA

PATRICIA KENNEDY, individually,

    Plaintiff,

v.

BOYNTON TRAIL SHOPPING
CENTRE, LLC,

    Defendant.
_____/

## FINAL ORDER ENTERING CONSENT DECREE AND DISMISSING CASE

THIS CAUSE came before the Court on the Stipulation (DE 9) for Approval and Entry of Consent Decree and Dismissal of Case with Prejudice, and the Court having reviewed the papers filed in this case, and being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that:

1. The Parties' Consent Decree (DE 9-1) is APPROVED. The Consent Decree is ENTERED henceforth. The Court retains jurisdiction to enforce the terms of the Consent Decree.

2. The above-styled action is hereby DISMISSED with prejudice. Any pending motions are DENIED as moot.

DONE AND ORDERED in Chambers in West Palm Beach, Palm Beach County, Florida, this 21st day of July, 2017.

KENNETH A. MARRA
United States District Judge

.